

# T. A. Blackburn Law

TYRONE A. BLACKBURN

MEMBER OF
NY & NJ BAR

FEDERAL MEMBERSHIP
EDNY, NDNY, WDNY, SDNY, ILND & DNJ

1242 East 80th Street, 3rd Floor
Brooklyn, New York 11236

February 1, 2024

**Sent via mail**:
United States District Judge Denise L. Cote
Southern District Of New York
500 Pearl Street, Courtroom 18B
New York, New York 10007

**Re: Zunzurovski v. Fisher et al.; 1:23-cv-10881-DLC**

Dear Judge Cote,

My firm represents Aleksandar Zunzurovski ("Mr. Zunzurovski" or "Plaintiff") in the above-referenced case. I write to request an adjournment of the initial pretrial conference scheduled for 2/16/2024 at 3 pm. This writer will not be in the country from 2/14/2024 to 2/25/2024. I have a preplanned trip to Tobago. I am available on 2/26, 2/27, 3/1, 3/4 - 3/20, 3/22, and 4/4 - 4/17.

Additionally, prior to filing this lawsuit Plaintiff was in talks with Defendants counsel to mediate this case. There was a breakdown in communication between the parties due to defendants' refusal to mediate this case with a mediator of color. Several retired NYS Appellate Judges, and Federal District judges offered their services and had immediate availability, yet Defendants refused.

After this case was filed, Defendants counsel refused to accept service of process pursuant to Rule 4 of the FRCP. Plaintiff is in the process of serving Defendants and would hope to have that accomplished within the coming week.

I would like to thank the court for its time and consideration.

Respectfully submitted,

*Tyrone A. Blackburn, Esq.*
Tyrone A. Blackburn, Esq.

 347-342-7432    tblackburn@tablackburnlaw.com     TABlackburnlaw.com