```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
ALEKSANDAR ZUNZUROVSKI,                  :    23cv10881(DLC)
                                         :
                          Plaintiff,     :         ORDER
                                         :
                -v-                      :
                                         :
LAINE FISHER, et al.,                    :
                                         :
                          Defendants.    :
                                         :
----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the initial pretrial conference scheduled for February 16, 2024 is rescheduled to March 5, 2024 at 11:00 A.M. in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         February 1, 2024

                                    _____
                                           DENISE COTE
                                    United States District Judge