UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

Aleksandar Zunzurovski,

                Plaintiffs

-against-

Liane Fisher,
Michael J. Taubenfeld,
Fisher Taubenfeld, LLP,
John and Jane Doe 1-10, and
ABC Corp. 1-10.

                Defendants

---------------------------------------------------------x

| Case Number 23-10881 |
| --- |
| **Notice of Voluntary Dismissal Without Prejudice As To Liane Fisher** |

     According to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Aleksandar Zunzurovski ("Plaintiff"), hereby gives notice that Plaintiff voluntarily dismisses his claim against Defendant **Liane Fisher, WITHOUT PREJUDICE**.  To date no answers were submitted in this case on behalf of Defendant Fisher.  Additionally, there are no pending motions before the Court.  Plaintiff was made aware by Defendant's counsel that Defendant Fisher is domiciled in the state of New Jersey. Plaintiff will refile his suit against Defendant Fisher in New York State Court.

The plaintiff thanks the Court for its time and consideration of the issues brought before your honor pertaining to this case.

Dated: February 9, 2024

                                                                                       By: *Tyrone A. Blackburn, Esq.*

                                                                                              Tyrone Blackburn
                                                                                            *Attorney for Plaintiff*