# ATTACHMENT # A

Content Included in Report

Person Summary
- Summary
- SSN Summary (0)
- Physical Description

Address Summary
- Address Summary (1)

Phone Summary
- Phone Summary (2)

Licenses/Voter
- Driver Licenses (0)
- Voter Registrations (0)
- Professional Licenses (1)
- Other Licenses (0)

Real Property
- Foreclosure/NOD (0)
- Current (0)
- Prior(0)

Personal Property
- MVRs - Current (0)
- MVRs - Prior (0)
- Watercraft - Current (0)
- Watercraft - Prior (0)
- Aircraft - Current (0)
- Aircraft - Prior (0)

Possible Education
- Education (0)

Possible Criminal/Arrest
- Criminal Filings (0)

Bankruptcy
- Bankruptcy Filings (0)

Judgment & Liens
- Judgment & Lien Filings (0)

UCC Liens
- UCC Filings (0)

Associates
- Possible Relatives (0)
- Person Associates (0)
- Neighbors (0)
- Business Connections (1)
- Possible Employers (1)
- Business Associates (0)

Sources
- View All Sources (4)

Content Excluded from Report
- Social Media Locator
- LexisNexis ® Phone Finder Ultimate
- Cellular & Alternate Phone Numbers Plus
- Canadian Phone Numbers
- Employment Locator Plus
- Marriage & Divorce Records
- Foreclosure Activity Status
- Real Property Voluntary Lien Transaction
- Deed Images
- Parcel Maps
- Relationship Identifier

# SmartLinx® Person Report

Report Created: 2-15-2024 7:19 PM EST | FOR INFORMATIONAL PURPOSES ONLY | Copyright © 2024 LexisNexis. All rights reserved.

Show all

## Person Summary

| Name | Address | County | Phone |
|---|---|---|---|
| Fisher, Liane | 225 Broadway Ste 1700<br>New York, NY 10007-3001 | New York | 646-741-3490 |
| **LexID(sm)** | **SSN** | **DOB** | **Email** |
| 2372-0173-4426 | | (Female) | |

### At a Glance

help top ^

| | | | |
|---|---|---|---|
| Real Property | 0 | Criminal/Arrest | 0 |
| Personal Property | 0 | Bankruptcy | 0 |
| Professional Licenses | 1 | Judgments/Liens | 0 |
| Business Connections | 1 | Foreclosure/Notice of Default | 0 |

### Name Variations, SSN Summary and DOBs

help top ^

| NAME VARIATIONS | SSN SUMMARY | REPORTED DOBS |
|---|---|---|
| • Fisher, Liane | | |

## Address Summary (1 current, 0 prior)

Details | Show Prior (0)

view all sources help top ^

| NO. | ADDRESS | STATUS | TO-FROM | PHONE | ACTIONS |
|---|---|---|---|---|---|
| 1. | 225 Broadway Ste 1700<br>New York, NY 10007-3001<br>New York County<br>(Photocopy or duplication service) | Current | 03/2018-Current<br>(Current Residence) | | › Get Property History Report<br>› Get Location Report |

## Phone Summary (2 phones)

help top ^

| NO. | PHONE | TO-FROM | LINE TYPE | LISTING NAME | CARRIER |
|---|---|---|---|---|---|
| 1 | 646-741-3490 | 1/2017 - 4/2018 | Possible VoIP | | BANDWIDTH.COM CLEC, LLC |
| 2 | 212-571-0700 | 2/2014 - 7/2016 | Possible VoIP | SERRINS FISHER | LEVEL 3 COMMUNICATIONS, LLC |

## Licenses/Voter (1 licenses)

### Other Licenses - 1 licenses

