# ATTACHMENT # B

# Department of State
## Division of Corporations

### Entity Information

[Return to Results] [Return to Search]

#### Entity Details

**ENTITY NAME:** FISHER TAUBENFELD LLP
**FOREIGN LEGAL NAME:**
**ENTITY TYPE:** DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP
**SECTION OF LAW:** 1500A RLLP - PARTNERSHIP LAW
**DATE OF INITIAL DOS FILING:** 08/09/2016
**EFFECTIVE DATE INITIAL FILING:** 08/09/2016
**FOREIGN FORMATION DATE:**
**COUNTY:** BLANK
**JURISDICTION:** NEW YORK, UNITED STATES

**DOS ID:** 4990594
**FICTITIOUS NAME:**
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**ENTITY STATUS:** ACTIVE
**REASON FOR STATUS:**
**INACTIVE DATE:**
**STATEMENT STATUS:** PAST DUE
**NEXT STATEMENT DUE DATE:** 08/31/2021
**NFP CATEGORY:**

[ENTITY DISPLAY] [NAME HISTORY] [FILING HISTORY] [MERGER HISTORY] [ASSUMED NAME HISTORY]

#### Service of Process on the Secretary of State as Agent

The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:

**Name:** THE PARTNERSHIP

**Address:** 233 BROADWAY, SUITE 2340, NEW YORK, NY, UNITED STATES, 10279

**Electronic Service of Process on the Secretary of State as agent:** Not Permitted

#### Chief Executive Officer's Name and Address