# ATTACHMENT # C



UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Petition for Admission/ECF Registration

Please read the INSTRUCTIONS for completing this application and then complete your personal statement on-line pursuant to Local Civil Rule 1.3(a) and Local Civil Rule 1.5(d)(1).

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK
I submit the following personal statement for admission to the Bar of the U.S. District Court for the Southern District of New York.

## Part A: Personal Statement (Personal Information, Business Information, Good Standing, Education, Electronic Case Filing)

### Personal Information

(Please enter your full name, including suffix, e.g. Sr., Jr., II, III, etc)

| First Name: | Middle Name: | Last Name: | Suffix: |
|---|---|---|---|
|  |  |  |  |

Residence Address:

| City: | State: | Zip: | County: |
|---|---|---|---|
|  |  |  |  |

### Business Information

Affiliation/Firm:

Address:

| City: | State | Zip | County |
|---|---|---|---|
|  |  |  |  |

E-Mail:

| Title: | Date of Employment: | Firm Telephone: |
|---|---|---|
|  |  |  |

### Good Standing

List jurisdictions & dates admitted & any attorney bar codes or state registration numbers (e.g. USDC EDNY 1/1/95, JS 1234; NY 1/1/90, 1234567).

| | | |
|---|---|---|
| Please indicate if you are requesting a waiver of the admission requirements to this bar because you are admitted to practice and a member of good standing in U.S. D.C. Eastern District New York. (Please attach your EDNY Certificate of Good Standing.) | Yes  No | Request admission on motion of U.S.D.C. Eastern District NY |
| Have you ever been convicted of a felony? | | Yes     No |
| Have you ever been censured, disbarred or suspended from practice before any court? | | Yes     No |
| Have you ever been denied admission or readmission to the bar of any court? | | Yes     No |
| Are there any disciplinary proceedings presently pending against you? | | Yes     No |

If you answered "Yes" to any of the above questions, you must attach a separate statement explaining the nature of such actions or proceedings.

### Education

| Name of School<br>City and State where located | Dates of Attendance<br>From To (Month/Year) | Type of Degree Received | Date Degree Received or Expected |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

Revised 10/2018

| | |
|---|---|
| Are you currently or have you ever been a law clerk to a District Judge or Magistrate Judge? If yes, give name and title of Judge and specify dates and location: | |
| | |

### Electronic Case Filing Registration and Certification

By submitting this form electronically, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system. I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user ID and password will serve as the signature of the attorney filing the documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. Therefore as a participating attorney, I agree to protect the security of my password and to notify PACER and the court immediately, if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify PACER and the court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc., and I will update the appropriate data within the PACER system.

By submitting this form electronically, I certify that my personal statement is complete and true to my own knowledge. I also certify that I have read Local Civil Rule 1.3 and I possess the qualifications required for admission to the Bar of the United States District Court for the Southern District of New York. To read the rule on-line, click the hyperlink, Local Civil Rule 1.3, or type the following address in your web browser: http://www1.nysd.uscourts.gov/rules/rules.pdf I do solemnly swear or affirm as an attorney and counselor of this Court, that I will conduct myself according to the law, and that I will support and defend the Constitution of the United States of America.

Petitioner's Signature: *Blackburn* (signed)

### Part B: Notary Verification

_____, being duly sworn, deposes and says that he/she is the petitioner in the above-captioned matter, that he/she has read the foregoing petition and knows the contents thereof, and that the same is true to his/her own knowledge.

Sworn to before me this 27 day of

_____ , 20____ .

Notary Public *F. Charles* (signed)

**FRED V. CHARLES**
Notary Public   State of New York
No. 02CH6423718
Qualified in Queens County
My Commision Expires 10/28/2025

### Part B: Sponsor's Affidavit

I, _____ , being a member of the Bar of the U. S. District Court for the Southern District of New York, state that the petitioner is personally known to me and possesses the qualifications, as well as the professional character, required for admission to the Bar of the Southern District of New York. I have reviewed the petitioner's personal statement and believe it to be correct. I have known the petitioner since _____, ____ (Month, Year).

Sponsor's Signature

Sworn to before me this ___ day of

_____ , 20____ .

Firm: _____

Address: _____

_____
Notary Public

_____

### Ceremony Information

| | |
|---|---|
| Which location would you like to attend the swearing in ceremony, Manhattan or White Plains (Please enter M for Manhattan, WP for White Plains)? | |

The Court will notify by email of the date, time and location of your admission ceremony.

Revised 10/2018