```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :   23cv10881(DLC)
ALEKSANDAR ZUNZUROVSKI,                   :
                                          :       ORDER
                        Plaintiff,        :
            -v-                           :
                                          :
LIANE FISHER, et al.,                     :
                                          :
                        Defendants.       :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

An Order of March 5, 2024 inadvertently dismissed this action with prejudice.  Accordingly, it is hereby

ORDERED that the final paragraph of the March 5, 2024 Order is stricken.

IT IS FURTHER ORDERED that this action is dismissed without prejudice to filing in state court.  This Court will retain jurisdiction over the issue of Rule 11 sanctions and sanctions to be imposed pursuant to the Court's inherent power.

Dated:    New York, New York
          March 6, 2024

                                    _____
                                         DENISE COTE
                                    United States District Judge